**KAUFMAN DOLOWICH LLP**
G. David Rubin (SBN 181293)
21515 Hawthorne Blvd., Ste. 450
Torrance, California 90503
Tel.:   310-540-2000
Fax:   310-775-6526
Email: david.rubin@kaufmandolowich.com

Attorneys for Defendant INTERSTATE ASSEMBLY SYSTEMS, INC.

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KURT SCHNELL,<br><br>           Plaintiff,<br><br>     v.<br><br>INTERSTATE ASSEMBLY SYSTEMS, INC., a Minnesota Corporation; and DOES 1 through 5, inclusive,<br><br>           Defendants. | Case No.: 2:24-cv-01314-CKD<br><br>**ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO EXTEND DEADLINE TO SUBMIT TRIAL READINESS REPORT** |

## ORDER

Pursuant to the stipulation of Plaintiff Kurt Schnell and Defendant Interstate Assembly Systems, Inc. (collectively, the "Parties"), the Court enters the following order:

1. The Parties' deadline to file a trial readiness report is extended from July 27, 2025, to August 27, 2025.

**IT IS SO ORDERED.**

Dated:  July 14, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE